# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1106

_____

Charles Pointer,                              \*
                                              \*
        Appellant,                          \*     Appeal from the United States
                                              \*     District Court for the Eastern
    v.                                      \*     District of Missouri.
                                              \*
Parents for Fair Share,                       \*          [UNPUBLISHED]
                                              \*
        Appellee.                           \*

_____

Submitted: January 30, 2004

Filed: February 9, 2004

_____

Before LOKEN, Chief Judge, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Charles Pointer brings this *pro se* appeal challenging the district court's dismissal of his discrimination action against Parents for Fair Share. After allowing Pointer to proceed in forma pauperis (IFP), the district court dismissed his complaint prior to service, pursuant to 28 U.S.C. § 1915(e)(2)(B). The court reasoned that the complaint was frivolous because of its similarity to Pointer's previous IFP complaint that had been dismissed as frivolous, and that the claims were barred by the principles of res judicata. Further, the district court certified that an appeal would not be taken

in good faith.  <u>See</u> 28 U.S.C. § 1915(a)(3).  Pointer appeals.  We have reviewed the record de novo, <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), and affirm the district court.  <u>See</u> 8th Cir. R. 47A(a).

_____